UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINALD OWENS,           )<br>                                        )<br>        Plaintiff           )<br>                                        )<br>  vs.                                )<br>                                        )<br> WARDEN KENNETH JONES, )<br> et al.,                             )<br>                                        )<br>        Defendants         ) | Case No. 2:07-cv-00289-SLB-HGD |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 27, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim for which relief can be granted under 28 U.S.C. § 1915A(b). Plaintiff filed objections to the report and recommendation on June 4, 2007.

In his objections, plaintiff mentions for the first time that "Officer King, Jackson, and Bolling, were aware of the threats made against plaintiff by Dwayne Russell." Plaintiff provides no information about how they were made aware, nor does he provide copies of requests for protection.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 28th day of <u>June</u>, 2007.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE